1  CRAIG A. BURNETT, ESQ. ID. #118907
   LAW OFFICES OF C. BURNETT
2  537 FOURTH STREET, SUITE A
   SANTA ROSA, CALIFORNIA 95401
3  Telephone: (707) 523-3328
   Fax: (707) 523-3082
4  Email: cburnett@sonic.net

5  Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re:** | Case No. 09-12240 |
| | Chapter 13 |
| SANJAY PATEL and, | ORDER RE MOTION TO DETERMINE VALUE OF CLAIM SECURED BY LIEN |
| PRATIKSHA SANJAY PATEL, | ON PROPERTY AND ORDER AVOIDING LIEN |
| | Date: September 21, 2009 |
| SSN: xxx-xx-5752, | Time: 1:30 p.m. |
| SSN: xxx-xx-2273, | Place: U.S. Bankruptcy Court |
| **Debtor(s).** | 99 South E Street |
| | Santa Rosa, CA 95404 |

The matter of the debtors' motion pursuant to FRBP Rule 3012 and 11 U.S.C. § 506 for an order determining the extent of the value of the secured claim of JPMorgan Chase Bank and for an order pursuant to 11 U.S.C. § 1322 avoiding the lien held by JPMorgan Chase Bank came on for hearing before the undersigned Judge on September 29, 2009.  The debtors appeared through their counsel, Craig A. Burnett, Esq.  There having been no opposition to the motion, and good causing appearing,

IT IS HEREBY ORDERED

1. The motion is granted,

2. The claim of JPMorgan Chase Bank is disallowed as a secured claim,

3. The deed of trust held by JPMorgan Chase Bank, recorded with the Sonoma County Recorder's Office on October 23, 2006 as document number 2006-025492, shall be avoided upon entry of the Chapter 13 discharge.

Dated: September 30, 2009

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge