DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801
TELEPHONE (707) 544-5500

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

Sanjay And Pratiksha Sanjay Patel

Debtor(s)

Case No.: 09-1-2240 AJ13

## ORDER CONFIRMING CHAPTER 13 PLAN

After a hearing on, October 19, 2009, and it appearing that the Chapter 13 Plan in this case meets the requirements of § 1325(a) of the Bankruptcy Code,

**IT IS ORDERED** that the Plan dated July 20, 2009 is confirmed.

**PROVIDED HOWEVER,** that notwithstanding anything to the contrary in said plan:

1. Any provision of the plan purporting to discharge a debt is not approved. No debt subject to exception from discharge pursuant to § 523 of the Bankruptcy Code shall be adjudicated to be discharged or not discharged except in an adversary proceeding.

2. No lien on real property shall be removed, avoided or extinguished except by adversary proceeding pursuant to FRB 7001(2) or contested matter pursuant to FRB 3012.

3. With the sole exception of the valuation of a claim secured by personal property, a proof of claim shall supercede any plan provision purporting to limit or disallow a claim.

**IT IS FURTHER ORDERED,** except insofar as inconsistent with anything above: Plan payments shall be $790.00 for 3 months, $895.00 for 57 months.

Dated: 10/27/2009

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge

Concurred as to special provisions content

Craig A.Burnett_____
Craig A. Burnett
Attorney for Debtor(s)